# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141093(67)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                    SC: 141093
                                    COA: 292617
ROBERT K. BRANNON,
         Defendant-Appellee.
                                    Monroe CC: 2006-035769-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's July 16, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010                                             _____

d1115                                                              Clerk